UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (POUGHKEEPSIE)

_____

IN RE:

MICHAEL W. TIERNEY,                              CASE NO.: 12-37132-CGM

KELLY A. TIERNEY,                                CHAPTER 13

    DEBTORS.                                    HON. CECELIA G. MORRIS

_____

## ORDER DENYING MOTION TO APPROVE
## TRIAL MODIFICATION AGREEMENT

THIS CASE came on for hearing on U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HE6, ASSET-BACKED CERTIFICATES, SERIES 2004-HE6 ("Secured Creditor") Motion to Approve Trial Modification Agreement. The Court heard argument of the Parties and has based its decision on the record. Accordingly, it is

ORDERED:

1. Secured Creditor's Motion to Approve Loss Mitigation Settlement Agreement is DENIED.
2. The Court denies Secured Creditor's Motion on the grounds that loss mitigation has been terminated.



/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**

**Dated: October 12, 2017
Poughkeepsie, New York**